243 So.2d 273

**Queen Esther JOHNSON et al.**

**v.**

**LUMBERMAN'S MUTUAL CASUALTY COMPANY et al.**

**No. 51072.**

Feb. 4, 1971.

 Result correct on record before us.

 On the facts found by the Court of Appeal, there appears no error of law in its judgment.

243 So.2d 273

**O. B. STEVENSON**

**v.**

**Clinton L. HARRIS and Maryland Casualty Company.**

**No. 51074.**

Feb. 4, 1971.

243 So.2d 273

**Laris HEBERT**

**v.**

**BIG JIM'S, INC.**

**No. 51073.**

Feb. 4, 1971.

On the facts found by the Court of Appeal we find no error of law in its judgment.